UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**ROWLAND JEFFERY ADAMS**, etc.,

    Plaintiff,

v.                                                          Case No.: **3:16-cv-1566-J-25 JBT**

**GILEAD GROUP, LLC**, etc., *et al*,

    Defendants.

_____/

## ORDER

This Cause is before the Court on Defendants' Motion to Dismiss (Dkt. 12). Plaintiff has filed a two Count FLSA Complaint. The Motion to Dismiss asserts that the Complaint fails to state a claim upon which relief can be granted.

A Rule 12(b)(6) request for dismissal for failure to state a claim upon which relief may be granted is appropriate only if "it appears beyond a doubt that the plaintiff can prove no set of facts in support of his claims which would entitle him to relief." *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957).

Defendants first argue that Plaintiff has failed to adequately allege the amount and extent of Plaintiff's work in Count I. *Rance v. Rocksolid Granit USA, Inc.*, 292 Fed. Appx. 1 (11th Cir. 2008)(unpublished). The Court agrees; Plaintiff is directed to amend his Complaint within twenty days to properly allege the amount and extent of Plaintiff's work.

Defendants also contend that Plaintiff cannot seek declaratory judgment regarding alleged recordkeeping violations; FLSA does not include a private right of action for improper recordkeeping. *Ramlochan v. Secretary, U.S. Dept. of Commerce*, 549 Fed. Appx. 869, 870-1 (11th Cir. 2013)(unpublished). The Court agrees; this portion of the declaratory relief request must be stricken from the Complaint.

The Court has reviewed the remainder of the Complaint and finds that Plaintiff has adequately pled the elements of each count as well as specific factual allegations establishing the underlying causes of action alleged. Thus, is it **ORDERED**:

Defendants' Motion to Dismiss (Dkt. 12) is **GRANTED IN PART** as discussed in this Order.

**DONE AND ORDERED** this 10th day of June, 2017.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:
Counsel of Record